**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joan Frances Ormsby              CHAPTER 13
       Joseph William Ormsby

            Debtor(s)             BKY. NO. 17-17644 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

                                               Respectfully submitted,



                                    Rebecca Solarz
                                    11 Dec 2020, 16:15:50, EST

                                 KML Law Group, P.C.
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106-1532
                                 (215) 627-1322