United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-17644-mdc

Joseph William Ormsby  Chapter 13

Joan Frances Ormsby

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Apr 08, 2022  Form ID: 138OBJ  Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph William Ormsby, Joan Frances Ormsby, 306 Kilburn Road, Langhorne, PA 19047-1934 |
| 14012028 | + | Bank of America NA, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14012030 | + | Barclays Bank Delaware, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14012036 | | Burton Neil & Assoc. PC, 106 Andrew Drive, Suite 170, West Chester, PA 19380 |
| 14012037 | + | Clemens, Richter Walsh & Reis, 107 E. Oakland Avenue, Doylestown, PA 18901-4610 |
| 14569304 | + | Federal Home Loan Mortgage Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14566461 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14568970 | + | Federal Home Loan Mortgage Corporation, as Trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14235597 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Road, Bristol, PA 19007-6902 |
| 14012029 | + | Metrex Federal Credit Union, P. O. Box 157, Kenilworth, NJ 07033-0157 |
| 14012031 | + | Middletown Township, 3 Municipal Way, Langhorne, PA 19047-3424 |
| 14012034 | + | Public Service ED Trenton FCU, P. O. Box 3365, Mercerville, NJ 08619-0365 |
| 14012033 | | Smugglers Notch Time Share, c/o Polow Polow & Mahoney PLLC, P. O. Box 130, Hyde Park, VT 05665 |
| 14018123 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14012035 | + | Specialized Loan Servicing LLC, c/o Powers, Kirn & Associates, 8 Neshaminy Interplay, Suite 215, Trevose, PA 19053-6980 |
| 14012032 | + | Village Shires Community Assoc., 3001 Village Road, Holland, PA 18966-2935 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 08 2022 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14012028 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 08 2022 23:58:00 | Bank of America NA, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14012039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2022 23:59:12 | Capital One Bank USA NA, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14012038 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 23:59:20 | Credit One Bank, P. O. Box 60500, City of Industry, CA 91716-0500 |
| 14566461 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 23:58:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14074574 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2022 23:59:12 | LVNV Funding, LLC its successors and assigns |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 08, 2022 | Form ID: 138OBJ | Total Noticed: 24

| | | | |
|---|---|---|---|
| | | | as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14035589 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2022 23:59:20 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14042209 | + Email/PDF: ebn_ais@aisinfo.com | Apr 08 2022 23:59:26 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2022              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

**Name** | **Email Address**

ALEXANDRA T. GARCIA
on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

CELINE P. DERKRIKORIAN
on behalf of Creditor Specialized Loan Servicing  LLC ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
on behalf of Creditor Specialized Loan Servicing LLC ecfmail@ecf.courtdrive.com ecfmail@mwc-law.com

JEFFERY A. FOURNIER
on behalf of Joint Debtor Joan Frances Ormsby jefffournier@verizon.net

JEFFERY A. FOURNIER
on behalf of Debtor Joseph William Ormsby jefffournier@verizon.net

JILL MANUEL-COUGHLIN
on behalf of Creditor Specialized Loan Servicing  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

RAYMOND M. KEMPINSKI
on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joseph William Ormsby and Joan Frances Ormsby

    Debtor(s)

Case No: 17−17644−mdc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/8/22

88 − 87
Form 138OBJ