United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17644-mdc

Joseph William Ormsby                                 Chapter 13

Joan Frances Ormsby

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph William Ormsby, Joan Frances Ormsby, 306 Kilburn Road, Langhorne, PA 19047-1934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022                           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 18, 2022 | Form ID: 138FIN | Total Noticed: 3 |

on behalf of Creditor Specialized Loan Servicing  LLC ecfmail@mwc-law.com

FRANCIS THOMAS TARLECKI
   on behalf of Creditor Specialized Loan Servicing LLC ecfmail@ecf.courtdrive.com  ecfmail@mwc-law.com

JEFFERY A. FOURNIER
   on behalf of Debtor Joseph William Ormsby jefffournier@verizon.net

JEFFERY A. FOURNIER
   on behalf of Joint Debtor Joan Frances Ormsby jefffournier@verizon.net

JILL MANUEL-COUGHLIN
   on behalf of Creditor Specialized Loan Servicing  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

RAYMOND M. KEMPINSKI
   on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com  raykemp1006@gmail.com

REBECCA ANN SOLARZ
   on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph William Ormsby and Joan
Frances Ormsby
        Debtor(s)                            Case No: 17−17644−mdc

                                                       Chapter: 13

_____

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/18/22

                                                                                                                               93 − 92
                                                                                                                       Form 138FIN