United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 17-17644-mdc
Joseph William Ormsby Chapter 13
Joan Frances Ormsby
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 21, 2022     Form ID: 195     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph William Ormsby, 306 Kilburn Road, Langhorne, PA 19047-1934 |
| jdb | + | Joan Frances Ormsby, 306 Kilburn Road, Langhorne, PA 19047-1934 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@mwc-law.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Specialized Loan Servicing LLC ecfmail@ecf.courtdrive.com ecfmail@mwc-law.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Joseph William Ormsby jefffournier@verizon.net |
| JEFFERY A. FOURNIER | on behalf of Joint Debtor Joan Frances Ormsby jefffournier@verizon.net |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2022 | Form ID: 195 | Total Noticed: 2

JILL MANUEL-COUGHLIN
    on behalf of Creditor Specialized Loan Servicing  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Joseph William Ormsby and Joan Frances Ormsby : Case No. 17−17644−mdc
    Debtor(s)

### ORDER
_____

AND NOW, this day , June 21,2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Chief Judge , United States Bankruptcy Court

95
Form 195